PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: DUTTON, Shahouna      Cr.: 18-00295-001
     PACTS #: 4618373

Name of Sentencing Judicial Officer:    THE HONORABLE CLAIRE C. CECCHI
     UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/02/2019

Original Offense:    Possession of a Firearm by a Convicted Felon

Original Sentence: 46 months of imprisonment; 3 years of supervised release; $100 Special Assessment

Special Conditions: 1) drug and alcohol testing/treatment; 2) refrain from any crime/threat group association; 3) mental health treatment; 4) participate/complete any programming; and 4) no unlawful operation of a motor vehicle

Type of Supervision: Supervised Release      Date Supervision Commenced: 08/18/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On October 25, 2021, Dutton submitted a urinalysis specimen which tested positive for THC/marijuana. |

U.S. Probation Officer Action: Probation will present this document to Dutton. The noncompliance detailed herein may be included in a violation report if the Probation Office deems fit and noncompliance continues.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Joseph Empirio*

By:    JOSEPH EMPIRIO
     Senior U.S. Probation Officer

/ jae

Prob 12A – page 2
DUTTON, Shahouna

APPROVED:

*[signature]*

_____   11/02/2021
DONALD L. MARTENZ, JR.                 Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] The Probation Office will present this document to the offender as a written reprimand issued under the authority of the United States District Court *(PROBATION RECOMMENDED)*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

*[signature]*
_____
Signature of Judicial Officer

11/2/2021
_____
Date