PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: DUTTON, Shahouna     Cr.: 18-00295-001
PACTS #: 4618373

Name of Sentencing Judicial Officer:    THE HONORABLE CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/02/2019

Original Offense:    Possession of a Firearm by a Convicted Felon

Original Sentence: 46 months of imprisonment; 3 years of supervised release; $100 Special Assessment

Original Special Conditions: 1) drug and alcohol testing/treatment; 2) refrain from any crime/threat group association; 3) mental health treatment; 4) participate/complete any programming; and 4) no unlawful operation of a motor vehicle

Type of Supervision: Supervised Release      Date Supervision Commenced: 08/18/2021

## STATUS UPDATE/SUMMARY

In February 2022, Your Honor was made aware of Dutton's admittance into the New Jersey Department of Health Medical Marijuana Program and marijuana (THC) was omitted from the drug-testing regimen.

In June 2022, Dutton relocated to a state without a medical marijuana program.

**U.S. Probation Office - Requested Action:** Probation requests that marijuana (THC) be reinstated into the drug-testing regimen in accordance with the original drug testing/treatment special condition.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: JOSEPH EMPIRIO
Senior U.S. Probation Officer

/ jae
APPROVED:

ELISA MARTINEZ     Date: 6/29/22
Supervising U.S. Probation Officer

Prob 12A – page 2
DUTTON, Shahouna

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] Marijuana (THC) will be reinstated into the drug-testing regiment in accordance with the original drug testing/treatment special condition *(Probation recommended)*.

[ ] The Court DOES NOT agree with our request.

_____
Signature of Judicial Officer

7/19/2022
_____
Date