PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Shahouna Dutton     Cr.: 18-00295-001
    PACTS #: 4618373

Name of Sentencing Judicial Officer:    THE HONORABLE CLAIRE C. CECCHI
                                               UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/02/2019

Original Offense:     Possession of a Firearm by a Convicted Felon, 18 U.S.C. § 922

Original Sentence: 46 months imprisonment, 36 months supervised release

Special Conditions: $100 - Special Assessment, Alcohol/Drug Testing and Treatment, Gang/Criminal Associations Prohibition, Mental Health Treatment, Life Skills/Education, and Motor Vehicle Compliance

Type of Supervision: Supervised Release               Date Supervision Commenced: 08/18/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     The individual under supervision has violated the special supervision condition which states, **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'**

    On July 14, 2022, Dutton submitted a urine screen which tested positive for marijuana (THC). She signed an admission form admitting to drug use advising she was in the New Jersey State Medical Program and used her first two days in North Carolina. The drug test was sent to the National Lab and the positive test was confirmed.

    On July 19, 2022, Your Honor reinstated marijuana (THC) into the drug testing regiment as the Eastern District of North Carolina does not have a medical marijuana program.

On July 26, 2022, Dutton submitted another urine screen which tested positive for marijuana (THC). The drug test was sent to the National Lab and the positive test was confirmed. An interpretation repot was submitted for the positive drug dates of July 14 and 26, 2022. It was the opinion of the report that the results of the specimen collected on July 26, 2022, were decreasing within the time THC may still be clearing the body; therefore, the collection was inconclusive, and it was unable to determine new use or residual elimination. As a result, no violation was reported.

On August 8, 2022, Dutton submitted another urine screen which tested positive for marijuana (THC). The drug test was sent to the National Lab and the positive test was confirmed. An interpretation report was requested for July 14, July 26, and August 8, 2022. Upon return, the opinion was that the individual used marijuana or a product containing THC prior to the collection on August 8, 2022. This was based on the opinion of chronic use, the length of time that the individual continues to test positive after the specimen collected on July 26, 2022, and urine half-life of 96 hours. When confronted with the results, the individual under supervision signed an admission form denying illegal use. Dutton wrote on the form that she does not smoke and hasn't smoked since July. Dutton further wrote that it was a lie.

**U.S. Probation Officer Action:**

Shahouna Dutton is supervised by the U.S. Probation Office in Eastern District of North Carolina as supervision of the case was transferred on June 30, 2022, based on a request to reside with a longtime family friend.

The Probation Office verbally reprimanded and instructed her that further violation conduct could result in a request for punitive sanctions. The Probation Office will continue to monitor Dutton's drug use through the Surprise Urinalysis Program. In addition, she is currently receiving individual counseling for dual disorders and medication monitoring. On September 12, 2022, Dutton submitted a urine screen that was negative.

The Probation Office is respectfully requesting no formal Court action and supervision be allowed to continue for the benefit of drug treatment. It is also requested a Transfer of Jurisdiction be initiated as she resides in the Eastern District of North Carolina and has no plans to return or reside in our district.

Prob 12A – page 3
Shahouna Dutton

Respectfully submitted,

SUSAN M. SMALLEY,
Chief U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ
Supervising U.S. Probation Officer

/ bgm

PREPARED BY:

*Brendan G. Murillo*      10/12/2022
BRENDAN G. MURILLO         Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

_____
Signature of Judicial Officer

10/13/2022
_____
Date